IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02476-WYD-MJW

DEVERE M. BREDVIK,

Plaintiff(s),

v.

MESA COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Motion for Order Directing U.S. Marshall's [sic] Service to Serve Summons and Complaint to Defendant Paolo Scianna, which was filed on January 6, 2006 (Docket No. 13), is granted as follows.  The U.S. Marshal shall serve the Summons and the Complaint upon defendant Paolo Scianna after the plaintiff provides the U.S. Marshal with the appropriate U.S. Marshal form(s), the Summons, and the Amended Complaint and makes arrangements to make payment of any required fees.  Plaintiff shall serve a copy of this Minute Order upon the U.S. Marshal Service at the time he provides the U.S. Marshal Service with the requisite form(s), Summons, and Amended Complaint and makes provision to make payment of the requisite fees.  The U.S. Marshal Service for the District of Colorado may be reached at 901 19th Street, A300, Denver, CO 80294; telephone number (303) 335-3400.

Date: January 6, 2006